UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>   Plaintiff,<br>  v.<br>SUPER 8 WORLDWIDE, INC.,<br>   Defendant. | Case No. 16-cv-06754 NC<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 5 |

  The Court held a hearing on attorney Strojnik's motion to withdraw as counsel in this matter. Dkt. No. 5. Mr. Strojnik did not appear at this hearing, but his absence was excused because he gave the Court notice. Dkt. No. 7. Plaintiff Brooke did not appear at the hearing. The Court ORDERS Brooke to show cause in writing why her case should not be dismissed for failure to prosecute and appear at the January 4, 2017 hearing <u>within 14 days</u> of this order.

  In addition, Brooke has not filed proof of service with the Court as required by Federal Rule of Civil Procedure 4(l). The Court ORDERS Brooke to provide proof of service to defendant. The Court orders a further telephonic case management conference on February 1, 2017, at 10:00 a.m. An updated case management statement must be filed by January 25, 2017.

  Finally, the Court informs Brooke that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in

Case No. 16-cv-06754 NC

1  federal civil cases.  The Federal Pro Se Program is available by appointment and on a
2  drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose
3  United States Courthouse (Monday to Thursday 1:00 - 4:00 pm, on Friday by appointment
4  only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose,
5  CA (Monday to Thursday 9:00 am - 12:00 pm, on Friday by appointment only), or by
6  calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated:  January 4, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06754 NC                    2